No. 00–5374. BATY *v.* HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–5376. WALDEN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5377. TAYLOR *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 00–5378. TOMLINSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5379. WILSON *v.* OHIO. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 00–5383. WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–5384. BROWN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5385. WHEELOCK *v.* HERBERT, SUPERINTENDENT, COLLINS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5386. MANUEL SOUZA *v.* WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5387. DAVIS *v.* MADRID, ATTORNEY GENERAL OF NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 00–5388. FREEMAN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5389. EALEY *v.* SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–5390. HEWITT *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5391. FORD *v.* UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT. C. A. 3d Cir. Certiorari denied.